UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAREN GIBSON, as Administratrix Ad Prosequendum of RICHARD GIBSON, deceased, and KAREN GIBSON, Individually<br><br>　　　　　　　　　　Plaintiff(s),<br><br>　-against-<br><br>GLEN ZEHNDER BROOKS, M.D. also known as GLEN Z. BROOKS, M.D., and NY RAPID OPIATE NYROD LLC,<br><br>　　　　　　　　　　Defendant(s). | 14CV6690 (MHD)<br><br>PROPOSED SCHEDULING ORDER |

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

Pursuant to Plaintiff's letter motion for an extension of time to serve expert witness designations dated July 2, 0215, the following is hereby ORDERED;

1. Plaintiffs' deadline to serve defendants with expert witness designations and the formation required by Rule 26(a)(2)(8) (including reports) is adjourned to July 21, 2015.

2. Defendants' deadline to provide the equivalent information to plaintiffs is adjourned to August 5, 2015.

3. All expert discovery is to be completed by August 28, 2015.

4. Pretrial papers, including the joint pretrial order, voir dire, and requests to charge, are to be filed no later than August 14, 2015.

5. Trial will commence on Monday, August 31, 2015 at 9 30 A.M. in Courtroom 17D, 500 Pearl Street, New York, New York 10007-1312.

Dated: New York, New York
July 2, 2015

                              SO ORDERED,

                              MICHAEL H. DOLINGER
                              UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent today by fax to:

Glenn Verchick, Esq.
Fax: 212-267-4262

Charles Everett Kutner, Esq.
Fax: (212) 308.0213